UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROSS KNAPTON, P.C., a Washington professional corporation; NICHOLAS KNAPTON, P.S., a Washington professional services corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. DIERDORFF and KRISTIN W. DIERDORFF, husband and wife; JOHN F. DIERDORFF CPA PLLC, a Washington professional limited liability company,<br><br>Defendants. | NO. 2:17-cv-00147-SAB<br><br>**ORDER STRIKING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On June 6, 2017, the parties informed the Court that Plaintiffs' Motion for Preliminary Injunction, ECF No. 3, has been resolved. Based on the representations of the parties, the Court strikes Plaintiffs' Motion for Preliminary Injunction, ECF No. 3, and vacates the hearing date set for June 8, 2017.

//
//
//
//

**ORDER STRIKING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Preliminary Injunction, ECF No. 3, is **STRICKEN**. The hearing date of June 8, 2017 at 1:30 p.m. in Spokane, Washington is **VACATED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 7th day of June, 2017.



Stanley A. Bastian
United States District Judge

**ORDER STRIKING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** + 2