UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS ROSS KNAPTON, P.C., a Washington Professional Corporation; NICHOLAS KNAPTON, P.S., a Washington Professional Services Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN F. DIERDORFF and KRISTIN W. DIERDORFF, husband and wife; and JOHN F. DIERDORFF CPA PLLC, a Washington Professional Limited Liability Company,<br><br>    Defendants. | NO. 2:17-cv-00147-SAB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    Before the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 21. The parties stipulate and agree that this case should be dismissed with prejudice and without attorneys' fees to any party. The Court finds good cause to accept the stipulation, dismiss all claims with prejudice, without attorneys' fees to any party.

//

//

**ORDER DISMISSING CASE WITH PREJUDICE** + 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal With Prejudice, ECF No. 21, is **GRANTED** and **ENTERED** into the record.

2. The above-captioned case is **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED AS MOOT**.

4. All trial dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 22nd day of August, 2017.



_____
Stanley A. Bastian
United States District Judge